KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JOCELYN BURTON (CSBN 135879)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7198
FAX: (415) 436-6748
E-mail: jocelyn.burton@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT MARSHALL and JULIE REIKKO, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. C 04-3215 MEJ <br><br> STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DISCOVERY CUT-OFFS |

Defendant has propounded discovery requests and Plaintiffs have requested additional time to respond. To accommodate Plaintiffs, the parties stipulate to extend the following deadlines:

1. Disclosure of expert witnesses as described in Section E of the Case Management Order until May 9, 2005. The deadline is currently April 11, 2005.

2. Disclosure of rebuttal expert witnesses as described in Section F of the Case Management Order until May 19, 2005. The deadline is currently April 21, 2005.

STIPULATION TO CONTINUE DISCOVERY DEADLINES
C 04-3215 MEJ

3. Close of Discovery as described in Section H of the Case Management Order until June 3, 2005. The deadline currently is May 6, 2005.

COX AND MOYER

DATED:_February 17, 2005     By:      //ss//
                                      DAVID W. MOYER
                                      Attorneys for Plaintiffs

                                      KEVIN V. RYAN
                                      United States Attorney


DATED:_February 17, 2005     By:      //ss//
                                      JOCELYN BURTON
                                      Assistant United States Attorney
                                      Attorneys for Defendant

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 19, 2005
                                      _____
                                      MARIA-ELENA JAMES
                                      United States Magistrate Judge

STIPULATION TO CONTINUE DISCOVERY DEADLINES
C 04-3215 MEJ                        2