| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321) |
| | United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143) |
| | Chief, Civil Division |
| 3 | JOCELYN BURTON (CSBN 135879) |
| | Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102-3495 |
| | Telephone: (415) 436-7198 |
| 6 | FAX: (415) 436-6748 |
| | E-mail: jocelyn.burton@usdoj.gov |
| 7 | |
| | Attorneys for Defendant |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT MARSHALL and JULIE REIKKO, | No. C 04-3215 MEJ |
| Plaintiffs, | STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND EXPERT DISCOVERY DISCLOSURE DEADLINES |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The parties currently had a mediation in this matter on June 30, 2005 and have scheduled another for July 29, 2005.   Since the parties would like to avoid significant expenditures until after the second mediation, (which will enhance the prospects of settlement) the parties stipulate to extend the following deadlines:

Mediation Deadline:   July 30, 2005.   The deadline is currently June 3, 2005.

Disclosure of expert witnesses as described in Section E of the Case Management order until September 2, 2005.  The deadline is currently August 4, 2005.

Disclosure of rebuttal expert witnesses as described in Section F of the Case Management Order until September 23, 2005.

Discovery cut-off, including expert discovery until September 30, 2005.

STIPULATION TO CONTINUE DISCOVERY DEADLINES
C 04-3215 MEJ

COX AND MOYER

DATED: July 15, 2005          By:          //ss//
                                   DAVID W. MOYER
                                   Attorneys for Plaintiffs

                                   KEVIN V. RYAN
                                   United States Attorney


DATED: July 15, 2005          By:          //ss//
                                   JOCELYN BURTON
                                   Assistant United States Attorney
                                   Attorneys for Defendant


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  July 19, 2005

MARIA-ELENA JAMES
United States Magistrate Judge

*[Seal: United States District Court, Northern District of California — Judge Maria-Elena James signature]*

STIPULATION TO CONTINUE DISCOVERY DEADLINES
C 04-3215 MEJ                                    2