KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JOCELYN BURTON (CSBN 135879)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7198
   FAX: (415) 436-6748
   E-mail: jocelyn.burton@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT MARSHALL and JULIE REIKKO, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. C 04-3215 MEJ <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR REFERRAL TO MAGISTRATE JUDGE LAPORTE FOR SETTLEMENT CONFERENCE |

   The parties have had mediation sessions in this matter on June 30, 2005 and on July 29, 2005 and have been unable to resolve this matter.  The parties would like to make another attempt to resolve this matter before trial.  Accordingly, the parties request a referral for a settlement conference with Magistrate Judge Elizabeth Laporte to be held on October 5, 2005 at 1:30 p.m.

                              COX AND MOYER


DATED: September 16, 2005      By: _____
                                         //ss//
                                   DAVID W. MOYER
                                   Attorneys for Plaintiffs


STIPULATION FOR REFERRAL TO MAGISTRATE JUDGE
C 04-3215 MEJ

1    KEVIN V. RYAN
     United States Attorney
2

3

4    DATED: September 16, 2005        By:        //ss//
5                                     JOCELYN BURTON
                                      Assistant United States Attorney
6                                     Attorneys for Defendant

7
                                      **ORDER**
8
       PURSUANT TO STIPULATION, IT IS SO ORDERED.
9

10
     DATED: September 19, 2005
11                                    MARIA-ELENA JAMES
                                      United States Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR REFERRAL TO MAGISTRATE JUDGE
C 04-3215 MEJ                      2