IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MARSHALL and JULIE REIKKO,<br><br>    Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | No. C 04-3215 MEJ<br><br>**ORDER**<br><br>**RE: DEPOSITION AND THIRD PARTY SUBPOENAS DISPUTE** |

After reviewing the parties' joint meet and confer letters dated September 2, 2005, and September 7, 2005, plaintiff's objections during the deposition are OVERRULED as to the questions pertaining to his employment. The Court finds that the information is potentially relevant and should be disclosed. Defendant's may renotice plaintiff's deposition for the purposes of gathering testimony relating to his employment. However, the deposition may not exceed two hours with plaintiff bearing the entire cost of the first hour; and if needed, the second hour shall occur at the defendant's expense.

In addition, the Court finds plaintiff's Motion to Quash Third Party Subpoenas unpersuasive and is hereby DENIED.

Finally, the Court notes that plaintiff seeks to modify the subpoenas issued to the California Employment Development Department and Operating Engineers Local No. 3. However, this issue

was not fully addressed by either party and is therefore excluded from this ORDER.

**IT IS SO ORDERED**.

Dated: September 23, 2005

_____
MARIA-ELENA JAMES
United States Magistrate Judge